# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **ANTHONY BRIAN JONES,** | ) | |
| Plaintiff, | ) ) ) | |
| **vs.** | ) ) | Civil Action Number **2:11-cv-4338-AKK** |
| **TEPPCO TERMINALING & MARKETING COMPANY, LLC,** | ) ) ) ) ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

Consistent with the Joint Stipulation of Dismissal filed by the parties, doc. 45, this action is hereby **DISMISSED** with prejudice. Each party shall bear its own costs.

Done the 13th day of December, 2012.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE